UNITED STATES BANKRUPTCY COURT
BALTIMORE DISTRICT OF MARYLAND

In re   Jonathan and Amie Argento
        Debtor(s)                           Case No:

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
UNDER 11 U.S.C. 329 AND BANKRUPTCY RULE 2016(b)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf o f the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . $___1150.00
Prior to the filing of this statement I have received . . . . . . . $___ 700.00_
Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $___ 450.00___

2. The source of the compensation paid to me was:   [x]Debtor   []Other (specify)
3. The source of compensation to be paid to me is:   [x]Debtor   []Other (specify)
4. [x] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.
   []I have agreed to share the above-disclosed compensation with a other person or persons w ho are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.
5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services: Redemption work.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


Date:     8/21/14

                                         /S/_____
                                            Mark D. Macaluso
                                            Attorneys for Debtor(s)